1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| PAUL SORNBERGER, | Civil No. C05-5771-FDB |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that this case is REVERSED and REMANDED for further proceedings under sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) will:

- hold a de novo hearing;
- explicitly reopen Plaintiff's 1996 Title II and Title XVI applications and determine his disability status from 1995 through May 2002;

Page 1    PROPOSED ORDER - [C05-5771-FDB]

- re-evaluate Plaintiff's subjective complaints, the lay evidence (and explain weight given to it), and the severity of Plaintiff's impairments (including mental impairments and multiple sclerosis);
- obtain additional evidence regarding these impairments and proceed with the sequential evaluation process;
- further evaluate Plaintiff's residual functional capacity and the physical and mental demands of his past relevant work;
- determine whether he could perform this work or other work; and
- obtain vocational expert testimony, if necessary.

Pursuant to 20 C.F.R. §§ 404.983, 416.1483, Plaintiff may submit new evidence and raise any issue on remand whether or not raised previously. Further, the parties agree Plaintiff may be awarded costs pursuant to 28 U.S.C. § 1920 and reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

///

///

///

Page 2    PROPOSED ORDER - [C05-5771-FDB]

DATED this _____ day of April 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommend for Entry:
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ David M. Blume
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2212
Fax: (206)615-2531
david.blume@ssa.gov

Page 3   PROPOSED ORDER - [C05-5771-FDB]